## STRONG v. IVES.

Where a prisoner escapes from an officer, and he advertises him, he may retake and hold him, after his writ is returned, and deliver him up to the court.

ACTION for false imprisonment.  Not guilty plead.  Issue to the jury.

Case was — Ives was a constable had a warrant to arrest Strong on a prosecution upon the statute, for maintenance of a bastard child: ·Ives took him, and Strong made his escape; Ives advertised him, and returned said writ; Strong was taken and brought to Ives upon the advertisement; Ives received him and held him twenty-four hours, the warrant not being in his hands, but was returned to Litchfield; in said twenty-four hours, by the mediation of friends the affair was settled.

Question — Whether the defendant had right to take and hold him after said warrant was returned?

By court and jury the defendant is not guilty — The defendant not only had right, but it was his duty to take and hold said Strong, and to deliver him up in court upon said prosecution.